# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR TOPETE, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>EXECUTIVE TRUSTEE SERVICES, LLC <br>*also known as* ETS SERVICES, LLC, <br><br>　　　　　Defendant. | 1:08-CV-01772-AWI-BAK GSA <br><br>ORDER REGARDING DEFENDANT'S <br>NOTICE OF SUBSTITUTION OF COUNSEL |

　　　On July 31, 2009, Defendant Executive Trustee Services, LLC filed a Notice of Substitution of Counsel.  (Doc. 19.)  Specifically, Defendant advised Matthew B. McClendon had resigned his position with Locke Lord Bissell & Liddell on July 31, 2009, and that Thomas J. Cunningham of the same firm shall become Defendant's attorney to be noticed.  The document was signed by both Mr. McClendon and Mr. Cunningham of Locke Lord Bissell & Liddell.

　　　Following review of the notice, the substitution is approved by the Court.

　　IT IS SO ORDERED.

**Dated:　August 12, 2009**　　　　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE