# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR TOPETE, <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE TRUSTEE SERVICES, LLC, DOE 1 and DOES 2-50, inclusive, <br><br> Defendants. | Case No. 1:08-cv-01772 AWI-BAK (GSA) <br><br> ORDER RE NOTICE ON SUBSTITUTION OF COUNSEL (Doc. 21) |

On July 31, 2009, Defendant Executive Trustees Services, LLC filed a Notice of Substitution (Doc. 19) in the above-entitled matter pursuant to Rule 83-182(b) of the Local Rules of the United States District Court for the Eastern District of California. Therein, Defendant advised this Court that Matthew B. McClendon, formerly one of the counsel of record for Defendant in the action, had resigned from his position with the law firm of Locke, Lord, Bissell & Liddell, LLP, the firm retained by Defendant to manage its legal representation in this action. Defendant also advised the Court in that same document that attorney, Thomas J. Cunningham, California Bar. No. 263729, and a member of the firm of Locke, Lord, Bissell & Liddell, LLP, would appear in the action on behalf of the Defendant in the place and stead of Matthew McLendon. Such notification is sufficient to comply with the requirements of Local Rule 83-182(b) which provides, with respect to appearances of record by attorneys within organizations, that "[w]hen an attorney is employed or retained by a law firm ..., the attorney may participate in the action, without filing a substitution of attorneys, if another person employed or retained by the same law firm ... is attorney of record in this action." The Court notes that Amber L. Harley, California Bar No. 245060, also a member of the firm of Locke, Lord, Bissell & Liddell, LLP, has appeared in this action

1  on behalf of the Defendant by causing her name to be listed in the upper left hand corner of the first page
2  of the initial document (Doc. 1) filed herein (see Local Rule of Court 83-182(a)(2).  The Court also notes
3  that Conrad V. Sison is shown on the docket sheet maintained in this matter as one of the lead attorneys
4  for Defendant herein (see Docket Sheet).  Conrad Sison filed a Notice of Appearance in this matter on
5  August 11, 2009 (Doc. 20).  Consequently, no further order of this Court is needed to allow Thomas J.
6  Cunningham to participate in this action as counsel acting on behalf of Defendant Executive Trustee
7  Services, LLC.

8       For that reason, this Court will, and hereby does, disregard the motion (denominated a "request")
9  of Defendant Executive Trustee Services, LLC, for an order granting its request to substitute Thomas
10  J. Cunningham for Matthew B. McClendon as its counsel in this action.

12  IT IS SO ORDERED.
13  **Dated:   August 11, 2009**          /s/ **Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE