UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR TOPETE, ) | CIV-F-08-1772 AWI (BAK) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CLOSING CASE |
| v. ) | |
| ) | |
| ETS SERVICES, LLC, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On August 19, 2009, the court dismissed Plaintiff's complaint without prejudice, giving him thirty days to file an amended complaint. Plaintiff was warned that "Failure to timely file an amended complaint will result in closure of this case." Doc. 26, August 19, 2009 Order, at 7:13. Plaintiff has neither filed an amended complaint, requested additional time to respond, nor made any other contact with the court as of October 5, 2009. The court concludes that Plaintiff is no longer seeking to prosecute this case. Per the prior order, the clerk's office is directed to close this case.

IT IS SO ORDERED.

Dated:   October 7, 2009              /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE